IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| J.H., a Minor Child, SHAWN JOHNSON, an Individual; and ROGER SCOTT HUNTER, an Individual,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JEFFERSON COUNTY, JEFFERSON COUNTY SHERIFF DEPARTMENT; BLAIR OLSEN, Individually and in his Capacity as the Jefferson County Sheriff, and JOHN DOES I - X,<br><br>　　　　Defendants. | Case No. CV-05-0518-E-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision accompanying this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment (Docket No. 41) be GRANTED, and this case be DISMISSED IN ITS ENTIRETY.

DATED: **January 25, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge